Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| JAMIE ISHISAKA, <br><br> Plaintiff, <br> vs. <br> DYNAMIC RECOVERY, INC., <br> Defendant. | Case No.: 1:09 –CV-00387-AWI-SMS <br><br> **ORDER GRANTING LEAVE TO AMEND COMPLAINT** |

Based on Plaintiff's showing of good cause based on additional allegations against Defendant and Defendant's Stipulation [Doc. 17] to allow amendment without a Notice Motion, Plaintiff's Motion for Leave to File a First Amended Complaint is hereby GRANTED.

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT Plaintiff is to file the First Amended Complaint within five (5) court days from service of this Order.

DATED: June 12, 2009

By:   /s/ Sandra M. Snyder
Honorable Sandra M. Snyder
United States Magistrate Judge

---

1

Stipulation to Amend Complaint and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com