Mark E. Ellis - 127159
Naisha Covarrubias - 239499
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
ncovarrubias@ecplslaw.com

Attorneys for Defendant DYNAMIC RECOVERY, INC.

FILED
OCT 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMIE ISHISAKA,<br><br>    Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY, INC.,<br><br>    Defendant. | Case No.: 1:09-CV-00387-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL; AND PROPOSED ORDER** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1) the parties hereby stipulate to a complete dismissal of this action with prejudice.

Pursuant to the Notice of Settlement:

1. If the issue of attorney's fees and costs cannot be resolved, Plaintiff will file and serve a Petition for attorneys' fees and expenses by **September 10, 2009**.

2. Defendant's Response to Plaintiff's Petition will be filed and served on or before **September 25, 2009**.

3. Plaintiff's Reply to Defendant's Response will be filed and served on or before **September 30, 2009**.

////

1  Dated: August 26, 2009

                        ELLIS, COLEMAN, POIRIER, LAVOIE, &
2                          STEINHEIMER LLP

3

                        By  /s/ Naisha Covarrubias
4                            Naisha Covarrubias
                           Attorney for Defendant
5                            DYNAMIC RECOVERY, INC.

6  Dated:  August 26, 2009

7                          KROHN & MOSS, LTD

8

                        By  /s/ Ryan Lee
9                            Ryan Lee
                           Attorney for Plaintiff
10                          JAMIE ISHISAKA

11

12                                **ORDER**

13     Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice.

14  IT IS SO ORDERED.

15  Dated:  10-29-09

16

17                          The Honorable Anthony W. Ishii
                           Eastern District Court Judge

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On August 26, 2009, I served the following document(s) on the parties in the within action:

**STIPULATION FOR DISMISSAL; AND PROPOSED ORDER**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Ryan Lee<br>Krohn & Moss, Ltd.<br>10474 Santa Monica Boulevard<br>Suite 401<br>Los Angeles, CA 90025 | Attorneys for<br>Plaintiff Jamie Ishisaka |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 26, 2009.

By _____
Jennifer E. Mueller